**ANDERSON BANTA CLARKSON PLLC**
48 NORTH MACDONALD
MESA, ARIZONA  85201
TELEPHONE (480) 788-3053

Adam C. Anderson/024314
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

## PRESCOTT DIVISION

| | |
|---|---|
| **ROBERT KENDRICK**, | Case No.: CV-16-08078-PCT-SJH |
| Plaintiff, | |
| vs. | |
| **MS SERVICES, LLC,** | |
| Defendant, | |

### NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES

Plaintiff, ROBERT KENDRICK, hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter.  Plaintiff further states as follows:

1.   The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2. Given the imminence of the parties' finalizing the terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3. The parties specifically request that the Scheduling Conference scheduled for July 29, 2016, be stricken.

4. Further, Plaintiff and Defendant have entered into a settlement agreement such that Defendant has agreed to finalize the settlement within 30 days.

5. In order to ensure that this Court retain jurisdiction to enforce the settlement agreement between the parties, should the need arise, Plaintiff requests that he be granted 30 days within which to file an appropriate stipulation to dismiss this matter with prejudice.

**ANDERSON BANTA CLARKSON PLLC**

By  /s Adam C. Anderson
    Adam C. Anderson
    48 North MacDonald Street
    Mesa, AZ  85201
    Attorney for ROBERT KENDRICK

**ANDERSON BANTA CLARKSON PLLC**
48 NORTH MACDONALD
MESA, ARIZONA 85201
TELEPHONE (480) 788-3053

Adam C. Anderson/024314
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

## PRESCOTT DIVISION

| | |
|---|---|
| **ROBERT KENDRICK**, | Case No.: CV-16-08078-PCT-SJH |
| Plaintiff, | |
| vs. | |
| **MS SERVICES, LLC,** | |
| Defendant, | |

## CERTIFICATE OF SERVICE

**To:** Damian Richard
SESSIONS, FISHMAN, NATHAN, & ISRAEL, LLP
1545 Hotel Circle South, Suite 150
San Diego, CA 92108

I, Adam C. Anderson, an attorney, certify that on **July 27, 2016**, I shall cause to be served a copy of **Plaintiff's Notice of Settlement**, upon the above named individual(s) by: depositing same in the U.S. Mail box, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

| | | | |
|---|---|---|---|
| ____ | U.S. Mail | ____ | Facsimile |
| ____ | Messenger Delivery | ____ | Email |
| ____ | Federal Express/UPS | __X__ | ECF |

**ANDERSON BANTA CLARKSON PLLC**

By____/s Adam C. Anderson_____
    Adam C. Anderson
    48 North MacDonald Street
    Mesa, AZ  85201
    Attorney for ROBERT KENDRICK