# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Kendrick, | No. CV-16-08078-PCT-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| MS Services LLC, | |
| Defendant. | |

The Court having received the parties' Stipulation to Dismiss with Prejudice Pursuant to Settlement (Doc. 14),

**IT IS HEREBY ORDERED** granting the Stipulation (Doc. 14) and dismissing this action in its entirety, **with prejudice**, and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**IT IS FINALLY ORDERED** directing the Clerk of Court to terminate this action.

**Dated** this 25th day of August, 2016.

Honorable Diane J. Humetewa
United States District Judge